**Order entered February 18, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01329-CV

**ZIA UL-HAQ SHEIKH, Appellant**

**V.**

**JANE DOE, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08987**

## ORDER

This order addresses the clerk's record and appellee's motion requesting four pages of appellant's brief be sealed and appellant ordered to file a redacted version for public access. We begin with the clerk's record, which consists of one sealed volume and one unsealed volume. Although the sealed volume includes a copy of the trial court's July 26, 2019 and October 11, 2019 orders permanently sealing certain court records in accordance with Texas Rule of Civil Procedure 76a, many of the documents in the sealed volume are not subject to the sealing orders and certain documents in the unsealed volume should be in the sealed volume. Accordingly, we **STRIKE** the clerk's record and **ORDER** Dallas County District Clerk Felicia Pitre to file a corrected record in accordance with the trial court's July 26th and October 11th orders no later than February 28, 2020.

As to appellee's motion, we note appellant's brief, which was filed February 10, 2020, exceeds the word limit under appellate rule 9.4 by over 4,000 words. *See* TEX. R. APP. P. 9.4(i). Accordingly, we **STRIKE** the brief.  We **ORDER** appellant to file, no later than March 13, 2020, a brief that complies with appellate rule 9.4 and the briefing requirements set forth in appellate rule 38.1.  *See id.* 9.4, 38.1.  We **DENY** appellee's motion as moot.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/    KEN MOLBERG
       JUSTICE